**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

ROBERT PERUGGI,

              Plaintiff,

    - against -

COUNTY OF SUFFOLK, SHERIFF VINCENT
F. DEMARCO, THE STATE OF NEW YORK,
BRIAN FISCHER, and JOHN DOE #1-6,

              Defendants.
-------------------------------------------------------------X

**JUDGMENT**
CV-09-5605 (JFB)(AKT)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★    JUL 09 2012    ★

LONG ISLAND OFFICE

An Order of Honorable Joseph F. Bianco, United States District Judge, having been filed

on July 3, 2012, adopting the April 24, 2012 Report and Recommendation of Magistrate Judge A.

Kathleen Tomlinson, dismissing plaintiff's complaint with prejudice pursuant to Rule 41(b) of the

Federal Rules of Civil Procedure,  and directing the Clerk of Court to enter judgment accordingly

and to close this case, it is

    **ORDERED AND ADJUDGED** that plaintiff take nothing of defendants; that this case is

dismissed with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure; and that

this case is hereby closed.

Dated: Central Islip, New York
       July 9, 2012

                           DOUGLAS C. PALMER
                           CLERK OF THE COURT

                BY:    /S/ CATHERINE VUKOVICH
                       DEPUTY CLERK